NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 2 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PAUL R. JAMES, Jr.,

        Plaintiff - Appellant,

  v.

FLOWERDEW, Administration,

        Defendant - Appellee.

No. 25-5454

D.C. No. 3:25-cv-00130-SLG

MEMORANDUM*

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted December 17, 2025**

Before:    PAEZ, CHRISTEN, and KOH, Circuit Judges.

    Alaska state prisoner Paul R. James, Jr. appeals pro se from the district

court's order denying his application to proceed in forma pauperis ("IFP") in his 42

U.S.C. § 1983 action alleging constitutional claims.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo the district court's interpretation and

---

    *      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    **     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

application of 28 U.S.C. § 1915(g). *Andrews v. Cervantes*, 493 F.3d 1047, 1052 (9th Cir. 2007). We affirm.

The district court properly denied James's motion to proceed IFP because James filed at least three prior actions in federal court that were dismissed as frivolous, malicious, or for failure to state a claim, and James failed to allege a nexus between his alleged imminent danger and unlawful conduct by Flowerdew alleged in the complaint. *See* 28 U.S.C. § 1915(g); *Ray v. Lara*, 31 F.4th 692, 701 (9th Cir. 2022) (explaining that "in order to qualify for the § 1915(g) imminent danger exception, a three-strikes prisoner must allege imminent danger of serious physical injury that is both fairly traceable to unlawful conduct alleged in his complaint and redressable by the court").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**

25-5454